UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 06, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION                                            MDL No. 2173

**ORDER RENAMING LITIGATION**

      When this litigation was commenced on April 27, 2010, with the filing of a motion by plaintiff See-Mor Optical of Hewlett, Inc., for transfer pursuant to 28 U.S.C. § 1407, the Clerk of the Panel captioned it as *IN RE: Transitions Lenses Antitrust Litigation.* Pursuant to the Panel's Transfer Order issued on August 6, 2010, it is appropriate at this time to rename MDL No. 2173.

      IT IS THEREFORE ORDERED that this litigation is renamed as *IN RE: Photochromic Lens Antitrust Litigation*

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel